IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 08-cv-01759-CMA-BNB | FTR BNB COURTROOM A-401 |
|---|---|
| **Date:** November 17, 2008 | Geneva D. Mattei, Deputy Clerk |

| JENNA REED, and<br>RIAN REED, | Carrie Frank |
|---|---|
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC.,<br>ALCON MANUFACTURING, LTD., and<br>ALCON REFRACTIVE HORIZONS, INC., | Daniel Wittenberg |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 9:29 a.m.

Court calls case.

Appearances of Counsel

Discussion regarding the status of the case.

**ORDERED:** Joint motion to vacate scheduling order, partially stay discovery, and extend briefing schedule associated with defendants' motion to dismiss filed 11/5/08; Doc. 18 is denied as stated on the record.

**ORDERED:** A Scheduling Conference is set in this case for December 4, 2008 at 9:00 a.m. Proposed scheduling order will be submitted on or before December 1, 2008.

**ORDERED:** The Scheduling Conference in case 08-cv-01568-WYD-BNB set for November 18, 2008 is vacated and reset to December 4, 2008 at 9:30 a.m. Proposed scheduling order will be submitted on or before December 1, 2008.

Court in Recess:	9:52 a.m.	Hearing concluded.	Total time in Court:	00:23

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.